MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

**RECEIVED**

ROOM 2609
(267) 299-7018

MAY 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875

Dear Clerk:

The enclosed copy of a Conditional Transfer Order (CTO-321) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure



A CERTIFIED TRUE COPY
ATTEST

By Jakela Mells on May 05, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Apr 17, 2009**

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

C 09-0708 MEJ

(SEE ATTACHED SCHEDULE)

**FILED**
MAY 12 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-321)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,463 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted

**May 05, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5-5-09
ATTEST: Tom De Posey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)   MDL No. 875

### SCHEDULE CTO-321 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

ALABAMA SOUTHERN
  ALS  1  09-125         Harry Maiben v. CSX Transportation, Inc.

CALIFORNIA CENTRAL
  CAC  2  09-2317        Lois Jean Conner, et al. v. Alfa Laval, Inc., et al.

CALIFORNIA NORTHERN
  CAN  3  08-4094        Elizabeth Wasilewski, et al. v. Kaiser Ventures, LLC
  CAN  3  08-4359        Jean O'Sullivan, et al. v. Kaiser Ventures, LLC, et al.
  CAN  3  09-363         Patricia Embrey, et al. v. General Electric Co., et al.
  CAN  3  09-366         Bruce Waygood v. United States Steel Corp., et al.
  CAN  3  09-708         Maurine Marcum, et al. v. General Electric Co., et al.
  CAN  3  09-709         Daniel Riedinger v. General Electric Co., et al.
  CAN  3  09-745         Virginia Simme, etc. v. Warren Pumps, LLC, et al.
  CAN  3  09-799         Diana Hines, et al. v. United Technologies Corp., et al.

CONNECTICUT
  CT   3  08-1464        Herbert Barnes, et al. v. Buffalo Pumps, Inc., et al.

FLORIDA MIDDLE
  FLM  8  09-550         Delores M. Brecker, etc. v. American Standard, Inc., et al.

ILLINOIS SOUTHERN
  ILS  3  09-84          Lulu Irene Shotts, etc. v. General Electric Co., et al.

LOUISIANA MIDDLE
  ~~LAM  3  08-777~~        ~~Henrietta McCrary, et al. v. United States of America~~
                                  Opposed 5/4/09

MARYLAND
  MD   1  09-696         William Gulley, et al. v. John Crane-Houdaille, Inc., et al.

MAINE
  ME   1  09-101         Marsha J. Richelli, etc. v. Metropolitian Life Insurance Co., et al.

**MDL No. 875 - Schedule CTO-321 Tag-Along Actions (Continued)**

NORTH CAROLINA MIDDLE
| | | | |
|---|---|---|---|
| NCM | 1 | 09-137 | Jerry Allen Wilhelm, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-161 | Elijah Junior Caraway, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-162 | Richard Earl Hunning, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-163 | Grady K. Pickler, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-180 | Howard Ray Greene, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-181 | Ray Carson Beaver, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-182 | Carl Luther Hoffner, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-188 | William Vernon McKinney, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-189 | Bobby Eugene Shackleford, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-197 | Marty Lee Snider, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-198 | Lawson Kim Starnes, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-205 | Philip D. Iddings, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-222 | Dillard Hall v. Aqua-Chem, Inc., et al. |
| ~~NCM~~ | ~~1~~ | ~~09-223~~ | ~~Philip Walter Herion, et al. v. Daniel International Corp., et al.~~ Opposed 5/1/09 |
| NCM | 1 | 09-228 | Charles Glenn Pethel, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-245 | James Quincy Greene, Sr., et al. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN
| | | | |
|---|---|---|---|
| NCW | 1 | 09-103 | Terry Wayne Rodgers, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-104 | Joseph Hubert Ball, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-105 | Delkie Roger Brown, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-107 | Leonard Douglas Campbell, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-111 | Peter Charles Smith v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-112 | Stark Allison Weatherman v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-113 | Ricky Jeyrl Wilkinson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-115 | William Francis Pritchard, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-119 | James Daniel Bailey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-120 | Ronnie Joel Barnes, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-121 | Joseph Lee Bivens, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-122 | Robert Edgar Dalton, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-123 | Banks Aaron Drye, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-124 | Kate Rhyn Hullett, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-125 | Robert Lee Hunsucker, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-127 | Willie Eugene Dunlap, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-129 | Jeffery Dean Jones, et al. v. Aqua-Chem, Inc., et al. |

NEW JERSEY
| | | | |
|---|---|---|---|
| ~~NJ~~ | ~~2~~ | ~~09-504~~ | ~~Theresa C. Poggioli, et al. v. A.J. Friedman Supply Co., Inc., et al.~~ Opposed 5/4/09 |

**MDL No. 875 - Schedule CTO-321 Tag-Along Actions (Continued)**

SOUTH CAROLINA
| | | | |
|---|---|---|---|
| SC | 0 | 09-621 | Ronald Steve Pursley, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-624 | William Carl Simmons, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-627 | Robert Brent McCammon, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-663 | Samuel Roy Jackson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-733 | Donald Eugene Broome, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-761 | Herman Lee Jones, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-768 | Stephen Craig Potter, et al. v. Aqua-Chem, Inc., et al. |
| SC | 4 | 09-734 | Michael Daniel Hedrick, et al. v. Aqua-Chem, Inc., et al. |
| SC | 6 | 09-662 | Stanley Gerald Henderson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 09-668 | Ronald Wayne Metz, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-654 | Joseph Hart Harrison v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-656 | George Herbert Gossett, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-664 | Keller Brandt McCall, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-665 | Tony Ike McDaniel, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-667 | Donnie Lynn McMahan, et al. v. Aqua-Chem. et al. |
| SC | 8 | 09-735 | Shannon D. Lentz, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-763 | Thomas Mitchell Hammett, et al. v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 09-9500 | Roger H. Abbott v. American Standard, Inc., et al. |
| VAE | 2 | 09-9501 | Donald F. Brooks v. American Standard, Inc., et al. |
| VAE | 2 | 09-9502 | Elmer Brooks v. American Standard, Inc., et al. |
| VAE | 2 | 09-9503 | Kenneth J. Carter v. American Standard, Inc., et al. |
| VAE | 2 | 09-9504 | Norman B. Cook v. American Standard, Inc., et al. |
| VAE | 2 | 09-9505 | William H. Monroe, Jr., etc. (Charles Franklin Greene) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9506 | Clifford D. Henderson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9507 | Trina Baldwin v. American Standard, Inc., et al. |
| VAE | 2 | 09-9508 | John M. Kellog v. American Standard, Inc., et al. |
| VAE | 2 | 09-9509 | Gary A. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 09-9510 | Warren D. Janke v. American Standard, Inc., et al. |
| VAE | 2 | 09-9511 | Edward L. Stanaland v. American Standard, Inc., et al. |
| VAE | 2 | 09-9512 | Robert J. Hoey v. American Standard, Inc., et al. |
| VAE | 2 | 09-9513 | Titus R. Shelby v. American Standard, Inc., et al. |
| VAE | 2 | 09-9514 | James C. Spangler v. American Standard, Inc., et al. |
| VAE | 2 | 09-9515 | Paul J. Willacker v. American Standard, Inc., et al. |
| VAE | 2 | 09-9516 | Arlen L. Willis v. American Standard, Inc., et al. |
| VAE | 2 | 09-9517 | Robert W. Yokley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9518 | Ollie B. Pearson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9519 | Donald H. Stewart v. American Standard, Inc., et al. |
| VAE | 2 | 09-9520 | Frank H. Todd v. American Standard, Inc., et al. |