**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEONARD, as Successor-in-Interest to and as Wrongful Death Heir of JOHN R. LEONARD, Deceased; and JOHN JOSEPH LEONARD, as Wrongful Death Heir of JOHN R. LEONARD, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>Defendants. | Case No. 3:12-cv-03853-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHELER LLC *fka* FOSTER WHELER CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  May 2, 2016          By: _____
                                 Charles R. Breyer
                                 United States District Judge

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER LLC fka FOSTER WHEELER CORPORATION